1  Danny Yadidsion, Esq., SBN 260282
2  Noël Harlow, Esq., SBN 256124
   LABOR LAW PC
3  100 Wilshire Blvd., Suite 700
   Santa Monica, California 90401
4  Telephone: (310) 494-6082
   Danny@LaborLawPC.com
5  Noel.Harlow@LaborLawPC.com
   Calendar@LaborLawPC.com
6
7  Attorneys for Plaintiff
   MARTHA HASSLER,
8  on behalf of the putative class and aggrieved employees

9
            IN THE UNITED STATES DISTRICT COURT
10
          FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12 | MARTHA HASSLER, on behalf of the putative | CASE NO.: 24-cv-07140-MMC
13 | class and aggrieved employees,
   |                                           | ~~[PROPOSED]~~ ORDER
14 |               Plaintiffs,
   |                                           | *(Superior Court of California, County of*
15 |       v.                                  | *Contra Costa, Case No. C24-01991)*
16 |
17 | FUTURES EXPLORED, INC., a California       | MAXINE M. CHESNEY
   | Non-Profit Corporation; and DOES 1 through | U.S. DISTRICT JUDGE
18 | 100, Inclusive,
   |                                           | Complaint Filed:   July 29, 2024
19 |                                           | Removal Filed:    October 11, 2024
   |               Defendants.                 | Trial Date:           None Set
20

21
22
23
24
25
26
27
28

# ~~[PROPOSED]~~ ORDER

Having reviewed the Parties' stipulation, and for good cause appearing, IT IS HEREBY ORDERED:

1) The matter is REMANDED to the Superior Court of California, County of Contra Costa.

2) That the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

DATE: February 14, 2025         SIGNED: *Maxine M. Chesney*

Hon. Maxine M. Chesney